AUSA Castillo

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
February 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kk_____
DEPUTY

United States of America,

v.

**Victor Hernandez-Contreras**

Case Number: **1:26-MJ-00130**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 31, 2026**, in the county of **Hays**, in the Western District of Texas, the defendant, **Victor Hernandez-Contreras**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 31, 2026**, the defendant, an alien, was found in Hays County, Dripping Springs, Texas, within the Western District of Texas. A deportation officer arrested and interviewed the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **December 28, 2000**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

February 2, 2026 _____ at  Austin, Texas _____
Date                                                                                  City and State

Mark Lane
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer