UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00080(1)-ADA |
| | § | |
| (1) VICTOR HERNANDEZ-CONTRERAS | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 24, 2026, wherein the defendant (1) VICTOR HERNANDEZ-CONTRERAS waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) VICTOR HERNANDEZ-CONTRERAS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) VICTOR HERNANDEZ-CONTRERAS' plea of guilty to Count One (1) is accepted.

Signed this 11th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE